UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   EDCV 13-2320-R (JEM)                              Date   August 11, 2014

Title   Michael Joseph Hullings v. Deputy Chad Johnson, et al.

---

Present: The Honorable   John E. McDermott, United States Magistrate Judge

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

Proceedings:   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE**

On January 9, 2014, Michael Joseph Hulling ("Plaintiff"), proceeding pro se and in forma pauperis, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 ("Complaint").[1]

On June 30, 2014, the Court issued a Memorandum and Order Dismissing Complaint with Leave to Amend within thirty days.  Plaintiff was explicitly cautioned that failure to file a First Amended Complaint ("FAC") by the deadline set forth in the Court's Order of June 30, 2014, could result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

The July 30, 2014, deadline to file the FAC has passed, and no FAC has been filed.

In light of the foregoing, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute and/or failure to comply with a Court order.  Plaintiff shall file a written response to this Order to Show Cause no later than **September 1, 2014**.[2]  Plaintiff's failure to respond in writing to the Order to Show Cause by the deadline may result in a recommendation that this action be dismissed for

---

[1]   Plaintiff initially filed his Complaint in the United States District Court for the Southern District of California, which transferred the action to this judicial district.

[2]   Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the Court.  Upon the filing of a Response, the Order to Show Cause will stand submitted.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

failure to prosecute and/or failure to comply with a court order.

Filing of a First Amended Complaint consistent with the Court's Order of June 30, 2014, shall be a satisfactory response to the Order to Show Cause.

No extensions of this deadline will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

cc: Parties

cc:     Parties

                                                                                                              :

Initials of Deputy Clerk    sa