# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH HULLINGS,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPUTY CHAD JOHNSON, et al.,<br><br>        Defendants. | Case No. EDCV 13-2320-R (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: September 26, 2014

                                                    MANUEL L. REAL
                                        UNITED STATES DISTRICT JUDGE