# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL JOSEPH HULLINGS,

                Plaintiff,

       v.

DEPUTY CHAD JOHNSON, et al.,

                Defendants.

)
)
)
)
)
)
)
)
)
)
)

Case No. EDCV 13-2320-R (JEM)

**JUDGMENT**

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action be dismissed without prejudice.

DATED:  September 26, 2014

                                      MANUEL L. REAL
                        UNITED STATES DISTRICT JUDGE